1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11  GERALD J. WILSON,                    Case No. 2:24-cv-04104-CBM-KES
12           Plaintiff,
13       v.                              ORDER ACCEPTING REPORT AND
                                         RECOMMENDATION OF U.S.
14  CORRECTIONS OFFICER C.               MAGISTRATE JUDGE
15  GEIWITZ, et al.
16           Defendants.
17
18
19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all
20  the records and files herein, along with the Report and Recommendation of the
21  United States Magistrate Judge (Dkt. 15).  The Court has also reviewed the
22  objections made (Dkt. No. 17, 18, 19), and the basis for the objections is unclear to
23  the Court.  However, the Court has engaged in a de novo review of those portions
24  of the Report and Recommendation to which objections have been made, and
25  OVERRULES the objections.  Having made a *de novo* determination regarding the
26  portions of the Report and Recommendation to which Objections were directed,
27  the Court accepts the findings, conclusions, and recommendations of the United
28

1  States Magistrate Judge.

2      IT IS THEREFORE ORDERED that Plaintiff's <u>in forma pauperis</u> status is
3  **revoked** because he has three strikes and has not demonstrated that he is in
4  imminent danger. <u>See</u> 28 U.S.C. § 1915(g). Within **thirty (30) days** of the date of
5  this Order, Plaintiff must pay the $402 filing fee. If Plaintiff does not timely do so,
6  this case will be **dismissed without prejudice**.

8  DATED: February 18, 2025

                                  CONSUELO B. MARSHALL
                                  UNITED STATES DISTRICT JUDGE